1  MICHELE BECKWITH
   Acting United States Attorney
2  CODY S. CHAPPLE
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        | Case No. 5:24-po-00375-CDB
12 |          Plaintiff,              | [Citation #E1574516 CA/10]
13 | v.                               |
14 | MICHAEL A. WEEKS,                | MOTION AND [PROPOSED] ORDER FOR DISMISSAL
15 |          Defendant.              |

16

17

18     The United States of America, by and through Michele Beckwith, Acting United States Attorney,

19 and Cody S. Chapple, Assistant United States Attorney, hereby moves to dismiss Case No. 5:24-po-

20 00375-CDB [Citation #E1574516 CA/10] against MICHAEL A. WEEKS, without prejudice, in the

21 interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

22

23 DATED: January 14, 2025                         Respectfully submitted,

24                                                MICHELE BECKWITH
                                                  Acting United States Attorney
25
                                            By:   /s/ *Cody S. Chapple*
26                                                CODY S. CHAPPLE
                                                  Assistant United States Attorney
27

28

                                            1
                                                                   U.S. v. Weeks
                                                                   Case No. 5:24-po-00375-CDB

**O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:24-po-00375-CDB [Citation #E1574516 CA/10] against MICHAEL A. WEEKS be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **January 14, 2025**

_____
UNITED STATES MAGISTRATE JUDGE